# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | NO. 276 |
| | : | |
| ORDER AMENDING RULES | : | APPELLATE PROCEDURAL RULES |
| 123, 127, 552, 910, 911, 1116, | : | |
| 2152, 2156, 2171, AND 2544 OF | : | DOCKET |
| THE PENNSYLVANIA RULES OF | : | |
| APPELLATE PROCEDURE | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 1st day of June, 2018, upon the recommendation of the Appellate Court Procedural Rules Committee; the proposal having been submitted without publication pursuant to Pa.R.J.A. No. 103(a)(3):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 123, 127, 552, 910, 911, 1116, 2152, 2156, 2171, and 2544 of the Pennsylvania Rules of Appellate Procedure are amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2018.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.